**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-6747**

—————————

NICHOLAS WARNER JONES, a/k/a Charles Jones,

Plaintiff - Appellant,

versus

THOMAS R. CORCORAN, Warden; DENNIS DUSING;
STEPHEN MACK; RICHARD A. LANHAM, SR.; LINWOOD
PERKINS, Captain; SERGEANT BELT, Commanding
Officer, III; E. SINGH, Commanding Officer,
II; LIEUTENANT HICKS; OFFICER YELITIN, Com-
manding Officer, II; OFFICER REECE, Commanding
Officer, II; SERGEANT ROBINSON; OFFICER WHITT,
Commanding Officer, II,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-98-
2468)

—————————

Submitted: July 22, 1999          Decided: July 27, 1999

—————————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Nicholas Warner Jones, Appellant Pro Se. Angela Michelle Eaves,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals the district court's order granting Defendants' motion for summary judgment and denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Jones v. Corcoran</u>, No. CA-98-2468 (D. Md. May 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>